*Exhibit B-2 to Appendix 5005:  If filing "bare-bones" petition, matrix, & 20 largest unsecured list.*

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Magnum MRO Systems, Inc.**                              Case No.
                                    Debtor(s)                    Chapter  **11**

# DECLARATION FOR ELECTRONIC FILING OF
# BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

## PART I:  DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and ***I hereby declare under penalty of perjury*** that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

■    I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date:  **January 3, 2020**                     /s/Frelon Parmer
                                                **Frelon Parmer**, CEO

## PART II:  DECLARATION OF ATTORNEY:

I declare ***under penalty of perjury*** that:  (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **January 3, 2020**                     /s/ Mark A. Castillo
                                                **Mark A. Castillo 24027795**, Attorney for Debtor
                                                **901 Main Street**
                                                **Suite 6515**
                                                **Dallas, TX 75202**
                                                **214-752-2222 Fax:214-752-0709**

**United States Bankruptcy Court**
**Eastern District of Texas**

In re **Magnum MRO Systems, Inc.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Frelon Parmer, declare under penalty of perjury that I am the Director, President, and Chief Executive Officer of Magnum MRO Systems, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 3rd day of January, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Frelon Parmer, Director, President, and Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Frelon Parmer, Director, President, and Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Frelon Parmer, Director, President, and Chief Executive Officer of this Corporation is authorized and directed to employ Mark A. Castillo 24027795, attorney and the law firm of Curtis | Castillo PC to represent the corporation in such bankruptcy case."

Date  January 3, 2020

Signed  /s/Frelon Parmer

Frelon Parmer, CEO

Resolution of Board of Directors
of
Magnum MRO Systems, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Frelon Parmer, Director, President, and Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Frelon Parmer, Director, President, and Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Frelon Parmer, CEO of this Corporation is authorized and directed to employ Mark A. Castillo 24027795, attorney and the law firm of Curtis | Castillo PC to represent the corporation in such bankruptcy case.

Date  January 3, 2020                              Signed   /s/Frelon Parmer
                                                            **Frelon Parmer, CEO of Magnum MROSystems, Inc.**