Fill in this information to identify the case:

Debtor name: **Magnum MRO Systems, Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AUTOMANN USA<br>PO BOX 6327<br>SOMERSET, NJ 08875 | | | | | | $24,800.46 |
| BALDWIN FILTERS<br>13144 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | | | | | $209,886.44 |
| BEKAWORLD, LP<br>258 SONWIL DRIVE<br>BUFFALO, NY 14225 | | | | | | $103,245.54 |
| CAPITAL ONE PURCHASING<br>3905 N. Dallas Parkway<br>Plano, TX 75093 | | | | | | $65,345.59 |
| DONALDSON COMPANY INC.<br>PO BOX 207356<br>DALLAS, TX 75320-7356 | | | | | | $44,918.51 |
| GORILLA BRAKE AND COMPONENTS-TEXAS<br>PO BOX 71854<br>CHICAGO, IL 60694-1854 | | | | | | $30,290.07 |
| Internal Revenue Service<br>1100 Commerce St M/S MC5027DAL<br>Dallas, TX 75242 | | Subject to offset by overpayment for year 2015 of $10,286.47 | Disputed | | | $32,718.07 |

Debtor **Magnum MRO Systems, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INTERSTATE SPECIALTY LLC<br>2231 WOODWARD AVENUE<br>SHREVEPORT, LA 71103 | | | | | | $27,602.00 |
| Interstate Specialty LLC<br>c/o John O. Hayter, III<br>9045 Ellerbe Road, Suite 103<br>Shreveport, LA 71106 | | Open account for goods and services | Contingent Unliquidated Disputed | | | $27,602.00 |
| Kabbage, Inc.<br>730 Peachtree Street, Suite 1100<br>Atlanta, GA 30308 | | Line of credit | | | | $146,900.00 |
| KENNETH L. MAUN<br>PO BOX 8046<br>MCKINNEY, TX 75070-8046 | | | | | | $72,872.54 |
| MANSFIELD ENERGY CORP<br>1025 AIRPORT PKWY SW<br>GAINESVILLE, GA 30501 | | | | | | $24,714.40 |
| OLD WORLD AUTOMOTIVE PRODUCTS<br>PO BOX 204549<br>DALLAS, TX 75320-4549 | | | | | | $32,576.51 |
| ORS NASCO<br>PO BOX 677468<br>DALLAS, TX 75267-7468 | | | | | | $26,884.46 |
| PREMIER TRUCK GROUP<br>PO BOX 840827<br>DALLAS, TX 75284-0827 | | | | | | $29,389.72 |
| ROAD EQUIPMENT<br>PO BOX 9425<br>GRAND RAPIDS, MI 49509 | | | | | | $38,527.08 |
| SCHROEDER INDUSTRIES<br>P.O. BOX 60428<br>CHARLOTTE, NC 28260-0428 | | | | | | $40,180.73 |

Debtor **Magnum MRO Systems, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SLATE RIVER SYSTEMS, INC.<br>2040 EAST CONTINENTAL BLVD.<br>SUITE 4<br>SOUTHLAKE, TX 76092 | | | | | | $43,972.60 |
| SOUTHWEST IDEALEASE<br>3722 IRVING BLVD<br>DALLAS, TX 75247 | | | | | | $51,926.46 |
| STAFF FORCE<br>P.O. BOX 203664<br>DALLAS, TX 75320 | | | | | | $34,244.44 |